MARIA ROSALIA ROBLES, Respondent, v. JOSE THEO-
DORE ROBLES, Appellant.

No. 1320; February 24, 1857.

Appeal—Order Denying Continuance—Absence of Affidavits.—
An appeal from an order denying a continuance will not be consid-
ered when the affidavits upon which the application was made are
not embodied in the statement or bill of exceptions.

APPEAL from Third Judicial District, Santa Clara
County.

W. T. Wallace for respondent; W. W. Stow for appellant.

TERRY, J.—The only point made in this case is upon the
refusal of the court to continue the cause upon the application
of the defendant.

The affidavits upon which the application was made are not
embodied in the statement or bill of exceptions, and cannot,
therefore, be considered.

Judgment affirmed.

I concur: Murray, C. J.